UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**UNITED STATES OF AMERICA**

-vs-                                              Case No. **2:10-mj-392**

**LISETTE LEE**

---

### COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | June 15, 2010 at 2:45 pm |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Tim Prichard |
| COURTFLOW: | 1006 15 #5 | COUNSEL FOR DEFT(S). | William Meeks / David Thomas |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Jennifer Chadwick |

-I/A on complaint
-dft advised of rights, penalties, and charges
-Government request detention
-Court Orders dft detained and a detention and preliminary hearing will be held on June 18, 2010 at 10:00 am