AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:10-mj-392 |
| | ) | |
| Lisette Lee | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>85 Marconi Blvd.<br>Columbus, Ohio 43215 | Courtroom No.: | 220 |
|---|---|---|---|
| | | Date and Time: | June 18, 2010 at 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  June 15, 2010

s/ Elizabeth A. Preston Deavers
*Judge's signature*

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*